UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1473

FRANCISCO JAVIER ROYO,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA JUDICIARY SYSTEM;
VIRGINIA DEPARTMENT OF SOCIAL SERVICES;
INTERNAL REVENUE SERVICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-96-161-R)

Submitted: July 23, 1996 Decided: July 30, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Francisco Javier Royo, Appellant Pro Se. Raymond Lee Doggett, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francisco Javier Royo appeals the district court's order granting the Commonwealth of Virginia's motion to dismiss on behalf of itself and the Virginia Department of Social Services, and dismissing Royo's complaint with prejudice against all Defendants. We have reviewed the record and find no reversible error. We affirm the district court's grant of the Commonwealth of Virginia's motion to dismiss on the reasoning of the district court. However, we affirm the dismissal of Royo's claims against the Internal Revenue Service with the modification that the dismissal is without prejudice. We further deny Royo's motion for general relief and his motion for injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

2